# Court of Appeals
# of the State of Georgia

ATLANTA, October 16, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0504. LAUNDRINA JORDAN v. TRISTAN SANTIAGO.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Laundrina Jordan filed a petition for review in superior court. The superior court ruled against Jordan and in favor of Tristan Santiago. Jordan then filed this direct appeal. We lack jurisdiction.

Appeals from decisions of the superior courts reviewing decisions of lower courts by petition for review shall be by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); see also *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Jordan's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/16/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*